Opinion issued June 27, 2023



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00896-CV**

_____

**ARLETHA L. FORD, Appellant**

**V.**

**JOSE J. CARDONA, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-37007**

---

**MEMORANDUM OPINION**

Appellant, Arletha L. Ford, filed a notice of appeal from the trial court's November 14, 2022 order. On June 15, 2023, appellant filed a "Motion to Withdraw," requesting "to withdraw this appeal." We construe appellant's motion to withdraw as a motion to dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellee, Jose J. Cardona, regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.